# EXHIBIT 7
# Part 2



Figure 8. Photographic montage of the scrape.





Figure 9. Higher magnification view of damage indicated in Figure 8.



Figure 10. Higher magnification view of damage indicated in Figure 8.





Figure 11. Abrasion to the outer fibers of the pipe (indicated by braces).





Figure 12. Microscope images of abraded raised areas on the outer surface of the pipe. An axial scratch is indicated by arrows.





Figure 13.







Figure 14. Item 3-2 (see Figure 13).





Figure 15. Item 3-2 (see Figure 14). Metallographically polished section showing transition/reduction in wall thickness into damaged area of pipe.





Figure 16a. Item 3-4 (see Fig. 13): view of outer surface of pipe.



Figure 16b. Item 3-4 (see Fig. 13): view of surface formed by delamination (bottom surface of Fig. 15a).







Figure 16c. Item 3-4 (see Fig. 13). Delaminated surface. Mate to Figure 15b.

