# EXHIBIT 8
# Part 2





Figure 3. Excavator used in testing.







Figure 4. Modified excavator bucket used in testing.







Figure 5a. Test #1 (with finishing edge).







Figure 5b. Test #4 (with finishing edge).







Figure 5c. Test #2 (with tooth).







Figure 5d. Test #3 (with tooth).





Figure 6. Damage induced by Finishing Edge (Tests #1 and 4).





Figure 7a.

Figure 7b.

Figure 7c.

Figure 7d.





Figure 8a.  Figure 8b.

Figure 8c.  Figure 8d.





Figure 9. Damage induced by tooth (Tests #2 and 3).




Figure 10a.


Figure 10b.


Figure 10c.


Figure 10d.





Figure 11a.



Figure 11b.



Figure 11c.



Figure 11d.





Figure 12. Tip dimensions of tooth employed in testing.



Figure 13. Fragment from Test #3 (showing underside).



Subject Damaged FRP Pipe



Exemplar Damaged FRP Pipe (damage induced by <u>tooth</u>)



Exemplar Damaged FRP Pipe (damage induced by <u>finishing edge</u>)



Figure 14. Comparison of damage to subject pipe vs. damage induced by the December 3, 2012 testing.

